450 A.2d 1059

Commonwealth v. Buskirk, Appellant.

Argued June 22, 1982. John J. Zettlemoyer, Jr., for appellant; Daniel George Spengler, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Northampton County Common Pleas Court Judge Robert A. Freedberg is affirmed.